UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE SENESCALL, an individual, THE ESTATE OF LUCAS SENESCALL, by and throught its Administrator, Steven Senescall, and JAKE SENESCALL, an individual,<br><br>            Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No.  CV-11-0255-EFS<br><br>**ORDER DISMISSING CASE** |

On November 1, 2013, the parties filed a stipulated dismissal, ECF No. 31.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

   **1.**   The parties' Stipulated Motion for Order of Dismissal, **ECF No. 31**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

   **5.**   The Clerk's Office is directed to **CLOSE** this file.

   **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

   **DATED** this   4th   day of November 2013.


                          s/ Edward F. Shea
                           EDWARD F. SHEA
                Senior United States District Judge


Q:\EFS\Civil\2011\0255.stip.dismissal.lc2.docx

ORDER DISMISSING CASE - 1